IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JAMALL BALENTINE**                                                                                    **PLAINTIFF**
*ADC #400924*

v.                                        CASE NO. 3:22-CV-00006 BSM

**TODD WATSON,** *et al.*                                                                           **DEFENDANTS**

## ORDER

Jamall Balentine is directed to either pay the $402 filing fee or submit an application to proceed without prepaying fees or costs within thirty days, or his case will be dismissed without prejudice. LOCAL RULE 5.5(c)(2). The clerk is directed to send Balentine an application to proceed *in forma pauperis*, including the calculation sheet and a copy of this order.

IT IS SO ORDERED this 28th day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE