IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JAMALL BALENTINE**                                                                 **PLAINTIFF**
*ADC #400924*

v.                                  CASE NO. 3:22-CV-00006-BSM

**TODD WATSON,** *et al.*                                                         **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 1st day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE